IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | CIVIL ACTION NO. 18-416-CG-M |
| AUSTAL USA, LLC | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Austal USA, LLC**, and against Plaintiff, **Equal Employment Opportunity Commission**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 20th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE